COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.47⁶
02 1W
0001401623 SEP 16 2015

RETURNED FOR BETTER ADDRESS

No record

DARREN D. LEWIS
WR-83,458-01
# 1964379

77002

FWD